IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Kenneth Macek, Matthew Harner, Avi Setton, Lionel Alicea, and Robert Walker, individually and on behalf of all others similarly situated,
Plaintiffs,

v.

DraftKings, Inc., Crown PA Gaming Inc., d/b/a DraftKings, Golden Nugget Online Gaming LLC,
Defendants.

Case Number: 25-cv-3632

ORDER

AND NOW, this __18__ day of __July__ 2025, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[X] GRANTED. The Clerk is DIRECTED to add __Isaac Green__, Esquire as counsel for Plaintiffs Kenneth Macek, Matthew Harner, Avi Setton, Lionel Alicea, and Robert Walker is DIRECTED to request ECF filing access using their PACER Account[1].

[ ] DENIED.

/s/ Joseph F. Leeson, Jr.
JOSEPH F. LEESON, JR. , J.

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).