**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KENNETH MACEK, MATTHEW HARNER, AVI SETTON, LIONEL ALICEA, and ROBERT WALKER, *individually and on behalf of all others similarly situated,* | : : : : | Case No. 2:25-cv-3632 |
| Plaintiffs, | : : | |
| v. | : : | |
| DRAFTKINGS, INC., CROWN PA GAMING INC. D/B/A DRAFTKINGS, GOLDEN NUGGET ONLINE GAMING LLC, | : : : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 8th day of April, 2026, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1.  The Motion to Dismiss, ECF No. 36, is **GRANTED in part**, and **DENIED in part**.

    a.  Counts I and IV of the Complaint are **DISMISSED without prejudice**.

    b.  Counts V and VI of the Complaint are **DISMISSED with prejudice** as time-barred.

    c.  Plaintiffs Macek's and Walker's intentional misrepresentation claims under Count II of the Complaint are **DISMISSED with prejudice** as time-barred.

    d.  Plaintiff Harner's intentional misrepresentation claim under Count II of the Complaint is **DISMISSED without prejudice**.

    e.  Count VII of the Complaint is **DISMISSED without prejudice** as to the UTPCPL claims based upon the Casino Deposit Match Promotion and the

$1,000 Sportsbook Deposit Promotion and Plaintiff Harner's intentional misrepresentation claim based upon the Casino Deposit Match Promotion.

2. **Within twenty-one (21) days of the date of this Order**, Plaintiffs may file an amended complaint.

3. If Plaintiffs fail to timely file an amended complaint, Counts I, II, and IV, and their accompanying unjust enrichment claims in Count VII, will be dismissed with prejudice.

4. The Motion to Consolidate, ECF No. 37, is **DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

2
040826